DEFENDANT: JOHN W. STITT

YOB:  1947

ADDRESS: Lakewood, CO 80227

COMPLAINT FILED?  _____ YES  __x__ NO

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES  __x__ NO

      IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:

•     Counts 1-39: 18 U.S.C. § 641 (theft of government funds)

•     Count 40: 42 U.S.C. § 408(a)(4)(2) (failure to report an event affecting another individual's Social Security benefits)

LOCATION OF OFFENSE:     Jefferson County
(COUNTY/CITY/STATE)     Colorado

PENALTY:

•     Counts 1-39: NMT 10 years imprisonment, or a $10,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment Fee;

•     Count 40: NMT 5 years imprisonment, or a $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment Fee

AGENT:     Lina Rivera, Special Agent, Social Security Administration, Office of Inspector General, Office of Investigations, (303) 844-7229

AUTHORIZED BY: Chad M. Troop, Special Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__x__ five days or less     _____ over five days     _____ other

THE GOVERNMENT

_____ will seek detention in this case     __x__ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:     _____ Yes __x__ No