AO 83 (Rev. 02/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOHN W. STITT | ) | Case No.   13-cr-00168 RBJ |
| | ) | |
| | ) | |
| *Defendant's name and address* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: United States District Court, Byron G. Rogers<br>1929 Stout<br>Denver, CO 80294 | Courtroom No.:  C-204 |
|---|---|
| | Date and Time:  05/16/2013 2:00 pm |

This offense is briefly described as follows:

18 U.S.C. § 641, Theft of Government Funds ; 42 U.S.C. § 408(a)(4)(2), Failure to Report an Event Affecting Eligibility for Social Security Benefits --Prior to court appearance, defendant shall report to probation at 9:00 a.m., 1929 Stout Street, Denver, CO and the U.S. Marshal Service at 10am.

Date:   04/25/2013

s/E. Van Alphen, Deputy Clerk
*Issuing officer's signature*

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

## Proof of Service

This summons was received by me on *(date)* _____ .

☐ I personally served the summons on this defendant _____ at
*(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ , I left the summons at the defendant's residence or usual place of abode
with *(name)* _____ , a person of suitable age and discretion who resides
there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____ .

I declare under penalty of perjury that this information is true.

Date returned: _____

_____
*Server's signature*

_____
*Printed name and title*

Remarks:   Prior to appearance in court, report as follows:
U.S. Probation at 9:00 a.m.; 1929 Stout Street, C-120, Denver, CO
U.S. Marshal at 10:00 a.m.; 901 19th Street, #300, Denver, CO