IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00168-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOHN W. STITT,

       Defendant.
_____

**ENTRY OF APPEARANCE OF COUNSEL FOR THE UNITED STATES**
_____

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as forfeiture counsel for the United States.

DATED this 8th day of May, 2013.

       Respectfully submitted,

       JOHN F. WALSH
       United States Attorney

By: s/ *Wayne Campbell*
       Wayne Campbell
       Assistant United States Attorney
       1225 Seventeenth Street, Ste. 700
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       E-mail: wayne.campbell@usdoj.gov
       *Attorney for the United States*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of May, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                        s/ *Raisa Vilensky*
                        FSA Data Analyst
                        Office of the U.S. Attorney