IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.13-cr-00168-RBJ

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.   **JOHN W. STITT**,

Defendant.

_____

### NOTICE OF APPEARANCE
_____

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

        Respectfully submitted,

        WARREN R. WILLIAMSON
        Federal Public Defender, Interim


        s/ Brian R. Leedy
        BRIAN R. LEEDY
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado  80202
        Telephone:   (303) 294-7002
        FAX:            (303) 294-1192
        Brian.Leedy@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2013, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Chat M. Troop
Assistant U.S. Attorney
Email: chad.troop@usdoj.gov

Wayne Campbell
Assistant U.S. Attorney
Email: wayne.campbell@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

 Mr. John W. Stitt (*U.S. Mail*)


s/ Brian R. Leedy
BRIAN R. LEEDY
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
FAX:            (303) 294-1192
Brian.Leedy@fd.org
Attorney for Defendant