PS 40 (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

TO: United States Department of State
Office of Passport Services
Legal Affairs Division
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

FROM: U.S. District Court
Office of the Clerk
901 19th Street
Denver, CO 80294-3589

☒ Original Notice
Date: 5/21/2013
By: D. Berardi

☐ Notice of Disposition
Date: _____
By: _____

Defendant: John Wilson Stitt
Date of Birth: 1947
SSN: _____

Case Number: 13-CR-168 RBJ
Place of Birth: Colorado

Notice of Court Order (Order Date: 5/21/2013 )

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number 074610073 and/or passport card number _____ to the custody of the U.S. District Court on 5/21/2013.

## NOTICE OF DISPOSITION

The above case has been disposed of:

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

Distribution:
Original to case file
Department of State
Defendant (or representative)
Clerk of Court