IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00168 RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN W. STITT,

    Defendant.

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT AND MOTION TO CONTINUE STATUS CONFERENCE**

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as counsel for the above-named Defendant.

Counsel conferred with US Attorney Chad Troop regarding continuance of the status conference previously set for June 28, 2013 in this matter. Mr. Troop did not oppose the relief requested. The status conference was continued on the Court's motion to July 17, 2013. Mr. Troop notified counsel of the setting on July 16, 2013.

1. Counsel obtained partial discovery however, one hundred pages of reports were omitted. Counsel requests a continuance of approximately two weeks to allow for review of complete discovery.

2. Counsel has spoken with the Defendant's counsel of record and with the U.S. Attorney and requests additional time to confer with both regarding possible disposition of this matter.

3. Although the Defendant has been diligent in communicating with counsel, Mr. Stitt's hearing disability and recent cochlear implant surgery and complications of that surgery disallow effective telephone communication and the Defendant requests additional time to obtain advice of counsel in

person after counsel has complete discovery and has an opportunity to discuss potential disposition with the U.S. Attorney.

4. Defendant's Counsel and the U.S. Attorney cleared today's date as a courtesy to counsel and counsel will appear unless the Court permits otherwise.  Counsel requests that Mr. Stitt's presence be waived for the conference set for today's date because it is a hardship to arrange care for his disabled wife and elderly father.

5. Counsel apologizes for the late filing of this request and advises the court that PACER technical difficulties required communication with PACER which could only be accomplished via U.S. Mail.

DATED at Denver, Colorado this, 17th day of July, 2013.

// Christi A. Sanders (Signature on File)

Christi A. Sanders, Attorney at Law
Attorney Registration # 30127
639 Partridge Circle
Golden, CO 80403
720-763-2868
ChristiASanders@gmail.com

Copies of motion served electronically to:
Chad Troop, US Attorney
Brian Leedy, US Public Defender