IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.13-cr-00168-RBJ

UNITED STATES OF AMERICA,

Plaintiff,

v.

**1.     JOHN W. STITT**,

Defendant.
_____

## MOTION TO WITHDRAW AS ATTORNEY
_____

Brian R. Leedy, Assistant Federal Public Defender, hereby moves to withdraw as counsel for the defendant, John W. Stitt as Attorney Christi Anne Sanders entered her appearance to represent defendant, John W. Stitt, on July 17, 2013 (Docket No. 18). Counsel also requests he be excused from participating in the Status Conference set for today at 1:00 p.m.

Respectfully submitted,

WARREN R. WILLIAMSON
Federal Public Defender, Interim


s/ Brian R. Leedy
BRIAN R. LEEDY
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
FAX:         (303) 294-1192
Brian.Leedy@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2013, I electronically filed the foregoing

**MOTION TO WITHDRAW AS ATTORNEY**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Chat M. Troop
Assistant U.S. Attorney
Email: chad.troop@usdoj.gov

Wayne Campbell
Assistant U.S. Attorney
Email: wayne.campbell@usdoj.gov

Christi Anne Sanders
Email: christiasanders@gmail.com


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. John W. Stitt (*U.S. Mail*)


s/ Brian R. Leedy
BRIAN R. LEEDY
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
FAX:         (303) 294-1192
Brian.Leedy@fd.org
Attorney for Defendant

2