## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:13-cr-00168-RBJ

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JOHN W. STITT,

     Defendant.

_____

## GOVERNMENT'S MOTION TO EXCLUDE 60 DAYS FROM
## SPEEDY TRIAL ACT CALCULATIONS

_____

The United States of America ("the government"), by John F. Walsh, United States Attorney for the District of Colorado, through Chad M. Troop, Special Assistant United States Attorney, respectfully moves this Court for an order excluding 60 days from Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(7). In support of this motion, the government states as follows:

1.     A grand jury returned a 40-count indictment against John W. Stitt ("the defendant") on April 25, 2013, charging 39 counts of Theft of Government Funds in violation of 18 U.S.C. § 641 and one count of Failure to Report an Event Affecting Social Security Benefits in violation of 42 U.S.C. § 408(a)(4)(2). On May 16, 2013, the defendant attended his initial appearance and was appointed a federal public defender, Brian Rowland Leedy.

2.     On May 21, 2013, the defendant was arraigned on the indictment and entered pleas of not guilty. At that time, the 70-day Speedy Trial deadline

was set for July 25, 2013 [Doc. 14].  Also, on May 21, 2013, a status conference was scheduled for June 28, 2013 at 1:00 p.m. before Judge R. Brooke Jackson.

3.      On June 27, 2013, Ms. Christi A. Sanders, Esq., emailed Special Assistant United States Attorney Chad M. Troop and United States Federal Public Defender Brian Rowland Leedy to inform them that she would be entering a Notice of Appearance on behalf of the defendant, John W. Stitt.  Ms. Sanders also requested that the status conference scheduled for June 28, 2013 be continued in order to allow her time to meet with the defendant and familiarize herself with the case.  Ms. Sanders, however, did not file a Notice of Appearance at that time due to reported difficulties with the CM/ECF filing system.

4.      On June 28, 2013, this Court entered an order vacating the status conference set for that day due to a conflict on the Court's calendar with an ongoing jury trial.  The status conference was reset for July 17, 2013 at 1:00 p.m. before Judge R. Brooke Jackson.

5.      On July 17, 2013 – the date of the scheduled status conference, Ms. Sanders filed a Notice of Appearance and a Motion to Continue Status Conference [Doc. 18].  In support of her motion to continue the status conference, Ms. Sanders reported that: (1) she had not yet had the opportunity to review all of the discovery materials in this case; (2) she required additional time to confer with the United States Attorney's office regarding a possible disposition of this matter; (3) she required additional time to consult with the defendant following her review

of the discovery and discussions with the United States Attorney's office regarding potential disposition of this matter; (4) she has encountered difficulties communicating with the defendant via telephone due to his hearing disability and recent complications related to cochlear implant surgery; and (5) the defendant is unable to leave his home because it is a hardship to arrange care for his disabled wife and elderly father.

6.     On July 17, 2013, this Court entered an order granting the defendant's motion to continue and vacating the status conference scheduled for that day.  The Court, however, did not indicate whether this continuance would be interpreted as an Ends of Justice continuance for the purposes of Speedy Trial Act calculations.

7.     On July 22, 2013, Mr. Troop spoke with Ms. Sanders regarding the rescheduling of the status conference before Judge Jackson.  At that time, Mr. Troop notified Ms. Sanders that the 70-day Speedy Trial deadline was initially set for July 25, 2013.  Ms. Sanders subsequently informed Mr. Troop that she would file an Ends of Justice continuance and/or an amendment to her prior Motion to Continue based on the reasons outlined in her prior motion in order to ensure the tolling of the Speedy Trial clock.  Later that day, Ms. Sanders informed Mr. Troop that she had discussed the rescheduling of the status conference with Judge Jackson's chambers and had indicated that she would be filing an Ends of Justice continuance to toll the Speedy Trial clock.

8.      On July 23, 2013, Ms. Sanders informed Mr. Troop that she would be filing the defendant's Ends of Justice continuance by the afternoon of July 24, 2013.  Ms. Sanders, however, did not file an Ends of Justice continuance on that date.

9.      Mr. Troop subsequently followed-up with Ms. Sanders on numerous occasions in order to inquire about the status of the Ends of Justice continuance that she intended to file in this case.  On multiple occasions, Ms. Sanders stated that the hard drive on her computer had recently crashed and that she was having some related difficulties restoring and/or replacing her hard drive, which had prevented her from filing her Ends of Justice continuance.

10.      In light of the circumstances outlined above, the government respectfully requests that this Court exclude 60 days from Speedy Trial calculations pursuant to 18 U.S.C. § 3161(h)(7)(A), beginning July 17, 2013 – the date upon which Ms. Sanders filed her initial Motion to Continue Status Conference.  18 U.S.C. § 3161(h)(7)(A) authorizes this Court to exclude from the time set forth in the Speedy Trial Act any delay for which the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.  In this case, the government submits that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial because defense counsel requires additional time and opportunity to review discovery, to meet with her client, and to prepare a defense and/or

4

discuss a potential disposition in this case, as outlined in the defendant's prior

Motion to Continue Status Conference [Doc. 18].  As discussed above, Ms.

Sanders recently entered her appearance in this case on July 17, 2013, at which

time she reported that she required additional time to review the entirety of the

discovery materials, to discuss potential dispositions with the United States

Attorney's office, and to meet personally with her client, Mr. Stitt.  Mr. Troop's

recent discussions with Ms. Sanders have confirmed that these circumstances

are still currently present.  Also, Ms. Sanders' recent computer problems that

have prevented her from working on this matter further reinforce the need for

additional time to allow her prepare her client's defense and to provide effective

assistance of counsel.  In light of the forgoing, the government respectfully

requests that this Court enter an order excluding 60 days from Speedy Trial Act

calculations, beginning on July 17, 2013 – the date of Ms Sander's  initial motion

to continue status conference.

11.    Mr. Troop has discussed this issue at length with Ms. Sanders, who

has repeatedly expressed that she has no objection to this Court excluding time

from Speedy Trial Act calculations.

WHEREFORE, the government respectfully moves this Court to exclude 60 days

from Speedy Trial Act calculations, beginning on July 17, 2013.

Respectfully submitted this 30th day of July, 2013.


JOHN F. WALSH
United States Attorney


By:     s/ Chad M. Troop
CHAD M. TROOP
Special Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0327
Email: Chad.Troop@usdoj.gov
Attorneys for the Government

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Christi A. Sanders
ChristiASanders@gmail.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

(none)

s/ Chad M. Troop
CHAD M. TROOP
Special Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0327
Email: Chad.Troop@usdoj.gov