IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | Date: September 3, 2013 |
| Court Reporter:    Kara Spitler | |

Criminal Action No. 13-cr-00168-RBJ

*Parties*:

UNITED STATES OF AMERICA

    Plaintiff,

v.

JOHN W. STITT,

    Defendant.

*Counsel*:

Chad Troop

## COURTROOM MINUTES

**STATUS CONFERENCE**

**Court in session:**   2:29 p.m.

Appearances of counsel.

Defense counsel does not appear.

Government advises the Court he has been unable to reach defense counsel.

The Court contacts defense counsel and leaves a message.

Government addresses the Court regarding speedy trial.

**ORDERED:**   Status Conference set **September 10, 2013 at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj

        United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**ORDERED:**  Jury Trial set **September 17, 2013 at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**ORDERED:**  Defendant continued on bond.

**Court in recess:**     2:41 p.m.

Hearing concluded.

Total time:     00:12