IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera   Date: September 10, 2013
Court Reporter:   Kara Spitler

Criminal Action No. 13-cr-00168-RBJ

<u>*Parties*</u>:   <u>*Counsel*</u>:

UNITED STATES OF AMERICA   Chad Troop

    Plaintiff,

v.

JOHN W. STITT,   Christi Sanders

    Defendant.

COURTROOM MINUTES

**STATUS CONFERENCE**

**Court in session:**   **9:01 a.m.**

Appearances of counsel.

Defendant appears on bond.

Defense counsel advises the Court the parties have reached a disposition and requests a Change of Plea Hearing be set.

Court finds that due to counsel's representations that a disposition has been reached, the Court will toll speedy trial as of today until the Change of Plea Hearing.

**ORDERED:**   Jury Trial set **September 17, 2013 is VACATED.**

**ORDERED:**   Change of Plea Hearing set **November 7, 2013 at 8:30 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**ORDERED:**   Defendant continued on bond.

**Court in recess:**   9:08 a.m.

Hearing concluded.

Total time:   00:07