IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cr-00168-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN W. STITT,

    Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

The undersigned counsel, Assistant United States Attorney Martha A. Paluch, enters her appearance as counsel for the United States in the above-captioned action.

DATED this 30th day of September, 2013.

    Respectfully submitted,
    JOHN F. WALSH
    United States Attorney

By:    *s/Martha A. Paluch*
    MARTHA A. PALUCH
    Assistant United States Attorney
    United States Attorney's Office
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    FAX: (303) 454-0409
    E-mail: Martha.Paluch@usdoj.gov
    Attorney for the Government

## CERTIFICATE OF SERVICE

       I hereby certify that on this 30th day of September, 2013, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                      *s/Michelle Trujillo*
                                      MICHELLE TRUJILLO
                                      Legal Assistant
                                      U.S. Attorney's Office
                                      1225 17th Street, Suite 700
                                      Denver, CO 80202
                                      Telephone: (303) 454-0100
                                      FAX: (303) 454-0401
                                      E-mail: Michelle.Trujillo@usdoj.gov