# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No.  13-cr-00168-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOHN W. STITT,

       Defendant.

---

## MOTION TO WITHDRAW

---

      Special Assistant United States Attorney Chad Troop, hereby respectfully moves this Court for leave to withdraw as counsel of record in the above-captioned matter.  As grounds for this motion, undersigned counsel submits that he is no longer assigned to this case and that Assistant U.S. Attorney Martha A. Paluch will continue to act as counsel of record for the Government.

      Wherefore, the United States requests that Mr. Troop be withdrawn as counsel for the Government and that all ECF notices by terminated.  A proposed order is attached.

      Respectfully submitted this 30th day of September 30, 2013.

JOHN F. WALSH
United States Attorney


By: *s/Chad Troop*
CHAD TROOP
Special Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Phone: 303/454-0100
Fax: 303/454-0461
Chad.Troop@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

   I hereby certify that on this 30th day of September, 2013, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

          *s/Michelle Trujillo*
          MICHELLE TRUJILLO
          Legal Assistant
          U.S. Attorney's Office
          1225 17th Street, Suite 700
          Denver, CO 80202
          Telephone: (303) 454-0100
          FAX: (303) 454-0409
          E-mail: Michelle.Trujillo@usdoj.gov