IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  13-cr-00168-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOHN W. STITT,

       Defendant.

## ORDER

THE COURT having considered the Government's Motion to Withdraw as Counsel, hereby GRANTS the Motion. The Clerk shall terminate all ECF notices for SAUSA Troop.

BY THE COURT:

Dated:_____

                                                ROBERT B. JACKSON
                                                United States District Court Judge