IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Julie Dynes           Date: November 7, 2013
Court Reporter:     Kara Spitler

Criminal Action No.   13-cr-00168-RBJ

*Parties*:                                          *Counsel*:

UNITED STATES OF AMERICA,                Martha Paluch

     Plaintiff,

v.

1. JOHN W. STITT,                                 Christi Sanders

     Defendant.

**COURTROOM MINUTES**

**CHANGE OF PLEA HEARING**

**Court in session:   8:30 a.m.**

Appearances of counsel.  Defendant is present on bond.

The Plea Agreement (Court's Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court's Exhibit 2) are tendered to the Court.

Defendant is sworn.

Defendant is 66 years old, alert, competent, literate, and sober.

Defendant's right to trial by jury and other constitutional rights explained.

Government provides a factual basis for the plea.

Defendant advised of maximum penalties and sentencing guidelines.

Defendant confirms that he has read and understands the written plea agreement; that he has reviewed the written plea agreement carefully and thoroughly with his attorney; that he has no questions or concerns about the written plea agreement; and that he has signed the written plea agreement voluntarily with the advice and assistance of counsel.

Defendant enters plea of guilty to Count (39) of the Indictment pursuant to the plea agreement.

The Court finds that the defendant has knowingly, intelligently, and voluntarily entered a plea of guilty.

The Court finds the defendant has been fully and properly advised and understands each of his legal rights in this case, including his right to trial by jury. The defendant understands the maximum sentence of imprisonment and acknowledges the factual basis.

The Court also finds that there is a factual basis supporting the plea agreement and finds that the defendant has been represented throughout these proceedings by competent and effective counsel with whom he is satisfied.

**IT IS ORDERED** as follows**:**

1. That Court's Exhibits 1 and 2, which state the plea agreement, are admitted in evidence;

2. That the plea of guilty to Count 39 of the Indictment entered by the defendant is received, accepted and approved;

3. That defendant is found guilty of the crime charged in Count 39 of the Indictment;

4. That the Probation Department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32;

5. That defendant's counsel shall contact the Probation Department as soon as practicable to arrange, schedule, and coordinate the defendant's involvement and participation in the presentence investigation, and the defendant shall cooperate fully with the probation department during the presentence investigation;

6. Sentencing set **January 29, 2014, at 8:30 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294;

7. That defendant's bond is continued.

**Court in recess: 8:44 a.m.**          Hearing concluded.          Total time:     00:14