IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:13-cr-00168-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN W. STITT,

    Defendant.

_____

**GOVERNMENT'S SENTENCING STATEMENT**
_____

    The United States of America (the government), by and through Martha A. Paluch, Assistant U.S. Attorney for the District of Colorado, hereby provides the following Sentencing Statement to the Court and counsel.

    The government has reviewed the Probation Department's Presentence Investigation Report in this case (Docs. 33, 34, and 35), and has no objections to the factual assertions, guideline calculations, or conclusions therein.   The Probation Officer is recommending that the defendant receive a variant sentence of 12 months and one day.   Doc. 34, R-1.

    Upon consideration of the Presentence Investigation Report and Addendum, all of the circumstances surrounding the instant offense, and the factors set forth in 18 U.S.C. § 3553(a), the government is in agreement with the Probation Officer's recommended

1

sentence. Accordingly, at the sentencing hearing, scheduled for January 29, 2014, at 8:30 a.m., the government will recommend that the defendant receive a variant sentence of 12 months and one day in this case.

        Respectfully submitted,

        *s/ Martha A. Paluch*
        Martha A. Paluch
        Assistant U.S. Attorney
        United States Attorney's Office
        1225 17th Street, Suite 700
        Denver, CO   80202
        (303) 454-0100
        Martha.paluch@usdoj.gov

Case No. 1:13-cr-00168-RBJ   Document 36   filed 01/27/14   USDC Colorado   pg 2 of 3

## CERTIFICATE OF SERVICE

I certify that on this 27th day of January, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Christi Anne Sanders, Esq.
Attorney for John W. Stitt
639 Partridge Circle
Golden, CO   80403
christiasanders@gmail.com

*s/ Deborah Sisung*
Deborah Sisung
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO   80202
(303) 454-0100
deborah.sisung@usdoj.gov