**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:13-cr-00168-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN W. STITT,

    Defendant.

---

**GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE**

---

The United States hereby moves the Court for an Order dismissing with prejudice Counts 1-38 and Count 40 of the Indictment returned against the defendant. This motion is based on the defendant's guilty plea to Count 39 of the Indictment pursuant to a plea agreement.

THEREFORE, the government requests that Counts 1-38 and Count 40 of the

Indictment be dismissed at the time of sentencing with prejudice.

Respectfully submitted this 28th day of January, 2014.

                                       JOHN F. WALSH
                                       United States Attorney

                                       *s/  Martha A. Paluch*
                                       MARTHA A. PALUCH
                                       Assistant U.S. Attorney
                                       1225 17th Street, Suite 700
                                       Denver, CO 80202
                                       (303) 454-0100
                                       (303) 454-0402 (facsimile)
                                       Email: Martha.paluch@usdoj.gov

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify on this 28th day of January, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Christi Anne Sanders, Esq.
Attorney for John W. Stitt
639 Partridge Circle
Golden, CO   80403
christiasanders@gmail.com

                                              *s/ Deborah Sisung*
                                              Deborah Sisung
                                              Legal Assistant
                                              United States Attorney's Office
                                              1225 17th Street, 7th Floor
                                              Denver, CO 80202
                                              Phone: (303) 454-0100
                                              Fax: (303) 454-0402
                                              EMail: Deborah.Sisung@usdoj.gov