IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:13-cr-00168-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN W. STITT,

    Defendant.

---

**ORDER DISMISSING WITH PREJUDICE
COUNTS 1-38 and COUNT 40 OF THE INDICTMENT**

---

THIS MATTER comes before the Court upon the Government's motion to dismiss with prejudice Counts 1-38 and Count 40 of the Indictment.  The Court having considered this motion, it is hereby

ORDERED that the Government's Motion to Dismiss Counts with Prejudice [# __] is GRANTED.   It is further

ORDERED that Counts 1-38 and Count 40 of the Indictment are dismissed with prejudice as to defendant.

DATED this _____ day of _____, 2014.

BY THE COURT:

_____
R. BROOKE JACKSON
United States District Judge
District of Colorado