IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:13-cr-00168-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN W. STITT,

    Defendant.

---

### MOTION PURSUANT TO U.S.S.G. §3E1.1.(b)

---

The United States moves for an additional one-point reduction in the defendant's offense level pursuant to U.S.S.G. §3E1.1(b) based on his timely notification to the government of his intent to plead guilty.

Respectfully submitted this 28th day of January, 2014.

                                JOHN F. WALSH
                                United States Attorney

                                *s/Martha A. Paluch*
                                MARTHA A. PALUCH
                                Assistant United States Attorney
                                1225 17th Street, Suite 700
                                Denver, CO 80202
                                Telephone: (303) 454-0100
                                FAX: (303) 454-0402
                                Email: Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify on this 28th day of January, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Christi Anne Sanders, Esq.
Attorney for John W. Stitt
639 Partridge Circle
Golden, CO   80403
christiasanders@gmail.com


                                          *s/ Deborah Sisung*
DEBORAH SISUNG
Legal Assistant
United States Attorney's Office
1225 17th Street, 7th Floor
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
E-Mail:deborah.sisung@usdoj.gov

2