IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:13-cr-00168-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN W. STITT,

    Defendant.

---

**PROPOSED ORDER**

---

Upon consideration of the Government's Motion Pursuant to U.S.S.G.§ 3E1.1(b), and for good cause shown, it is hereby

ORDERED that an additional one-point reduction in the defendant's offense level is granted.

DATED this _____ day of _____, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge
District of Colorado