IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Criminal Action: | 13-cr-00168-RBJ | Date:  January 29, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: | N/A | Probation:  Andrea Bell |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff**<br><br>v.<br><br>1.  JOHN W. STITT<br>**Defendant(s)** | Martha A. Paluch<br><br><br><br><br>Christi A. Sanders |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**  8:31 a.m.

Appearances of counsel.  Defendant present on bond.

Argument given on sentencing.

**ORDERED:**  **[37] Motion to Dismiss Counts 1-38 and 40 of the Indictment is GRANTED.**

**[38] Motion for Decrease for Acceptance of Responsibility Pursuant to U.S.S.G. §3E1.1(b) is GRANTED.**

**[39] Motion for Downward Variance and Sentencing Statement is GRANTED.**

Statement by the court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.
**ORDERED:  Defendant shall be imprisoned for 12 months plus one day as to Count Thirty-Nine of the Indictment.**

> **Upon release from imprisonment, defendant shall be placed on supervised release for a period of three (3) years.**

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.
- (**X**) Defendant shall pay restitution in the amount of **$236,187.70** to the Social Security Administration, Debt Management Section ATTN: Court Refund, P.O. Box 2861, Philadelphia, PA 19122.
- (**X**) **No fine** is imposed.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (**X**) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

**ORDERED:** **Defendant shall pay $100.00 to Crime Victim Fund (Special Assessment), to be paid immediately.**

> **Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.**

> **Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.**

Court RECOMMENDS that defendant receive credit for 1 day spent in federal custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant at in Colorado at the Federal Prison in Englewood.

**Court in recess:** 9:20 a.m.          Hearing concluded.          Total time:     00:49

Clerk's note:  Government's exhibits returned to counsel.