IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00168-RBJ-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHN W. STITT

        Defendant.

---

### ORDER TO SURRENDER IN LIEU OF TRANSPORTATION BY THE UNITED STATES MARSHAL

---

    IT IS ORDERED that Defendant, JOHN W. STITT, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to Florence ADMAX SCP, 5880 HWY 67 South, Florence, Colorado, on March 4, 2014, by 12:00 noon, and will travel at his own expense.

    DATED at Denver, Colorado, this __24__ day of February 2014.

                BY THE COURT:

                _____
                R. BROOKE JACKSON
                United States District Judge