PROB 12
(02/05-D/CO)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

U. S. A. vs. JOHN W. STITT                    Docket Number: 13-cr-00168-RBJ-01

### Petition for Modification of Conditions of Supervised Release

COMES NOW, Shelley Seacotte, probation officer of the court, presenting an official report upon the conduct and attitude of John W. Stitt, who was placed on supervision by the Honorable R. Brooke Jackson, sitting in the court at Denver, Colorado, on the 29th day of January, 2014, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.      The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

2.      As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is currently housed at the residential reentry center (RRC) and remains under the jurisdictional authority of the Bureau of Prisons; therefore, the conditions of supervised release have not yet been read or explained to him.

On January 15, 2013, the defendant is scheduled to release from the RRC to conclude his Bureau of Prisons sentence and commence his three-year term of supervised release.   Currently, the defendant has no income or viable release plan.   Therefore, he is requesting RRC placement, which would allow him time to secure a stable residence.

On December 15, 2014, the defendant signed a "Waiver of Hearing to Modify Conditions of Supervised Release" which waives the right to a hearing and agrees to the proposed modification. Assistant United States Attorney Martha Paluch has been consulted, and has no objection to the proposed modification.

PROB 12
(02/05-D/CO)

PRAYING THAT THE COURT WILL ORDER: a modification of the defendant's conditions of supervised release to include a special condition requiring that: 3) The defendant shall reside in an approved residential reentry center (RRC) for a period of up to 180 days, to commence at the direction of the Probation Office, and the defendant shall observe the rules of the facility.   The defendant may be discharged earlier by the Probation Office, if the defendant is in full compliance with his conditions of supervision.

### ORDER OF THE COURT

Considered and ordered this 19th day of December, 2014, and ordered filed and made a part of the record in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

*s/ Shelley Seacotte*

Shelley Seacotte
Senior U.S. Probation Officer

R. Brooke Jackson
U.S. District Judge

Place: Denver, Colorado
Date: December 18, 2014