**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Postage   $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Postmark
Here

To: U.S. Department of State

Sent CA/PPT/L/A
Street 44132 Mercure Circle
or PO Box 1227
City, Sterling, VA 20166-1227

7014 0490 0001 5489 6414

See Reverse for Instructions

**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7014 0490 0001 5489 6414