

# SOCIAL SECURITY

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN 08 2018**

JEFFREY P. COLWELL
CLERK

U.S. District Court
901 19th Street
Denver CO 80294

SSA/CPS
Rodgers Federal Bldg
1961 Stout Street
Suite 6-145
Denver, CO 80294

Re: John W Stitt Jr

Date: June 5, 2018

Dear Financial Litigation Agent,

The defendant named on the attached page is under court order to make restitution to the Social Security Administration. However, our records show that no payments have been received in the last 90 days.

Please complete the attached form. It will help us locate any missing payments that may have been sent, but have not yet been annotated to our records. Please return the form to the address indicated on the attachment.

Payments may not be posted timely to our records if the Social Security number you use is not the same number that we use to establish a control on the restitution amount. Please ensure that the Social Security number indicated on the attached form is the one you use. Also, any restitution payments made to Social Security Administration must be mailed to the following address:

> Mid-Atlantic Program Service Center
> P.O. Box 2861
> Philadelphia, PA 19122

If you have any questions, please contact the Denver Region Center for Programs Support at (303) 844-7232.

Thank you for your assistance.

Sincerely,

*Social Security Administration*

SOCIAL SECURITY ADMINISTRATION RESTITUTION CASE

Court Case Number: 13-cr-00168-RBJ-01

Defendant Name: John W Stitt Jr

Claim Number: 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

DATE: June 5, 2018

Please list the payments sent below:

| DATE SENT | AMOUNT OF PAYMENT | SOCIAL SECURITY NUMBER USED |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Total Payments
to Date to SSA          _____

If the defendant is still under probation and has not been making the court-ordered restitution payments, please provide the following information:

Name of Probation Officer: _____

Probation Officer Phone Number: _____

Please return within 30 days of receipt of this letter to:

> SSA
> Attn: Center for Programs Support
> Rodgers Federal Bldg
> 1961 Stout Street
> Suite 6-145
> Denver, CO 80294

_____   _____   _____
Completed by              Date             Phone

**SOCIAL SECURITY ADMINISTRATION**
1961 STOUT ST STE 6-145
DENVER CO 80294

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

30% post consumer recycled paper



US OFFICIAL MAIL
ZIP 60661
$ 000.47⁰
0004887917 JUN 02 2018
PENALTY FOR PRIVATE USE $300